JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
February 24, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>IWAI PROPERTIES, a California General Partnership;<br>SHIRO IWAI;<br>UB 2468 GLENDALE, LLC, a Delaware Limited Liability Company;<br>BAHIJ FADEL YOUNAN;<br>NAWAL FADEL YOUNAN; and Does 1-10,<br>    Defendants. | Case: 2:15-CV-09955-SJO-JPR<br><br>**ORDER** |

## **ORDER**

The entire case is hereby ordered dismissed with prejudice.

February 24, 2016

*S. James Otero*

Dated: _____

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE